JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMC

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV-09-2664 |
|     Plaintiff, | WARRANT OF ARREST OF PROPERTY IN REM |
| v. | |
| ONE HEWLETT PACKARD PAVILION LAPTOP (SERIAL NO. CNF75237NC), ADAPTOR, AND VISUAL DEPICTIONS ON THE HARD DRIVE, | |
|     Defendants. | |

TO:     ANY AGENT OF THE DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT:

YOU ARE HEREBY COMMANDED to arrest and seize the defendant One Hewlett Packard Pavilion Laptop (Serial No. CNF75237NC), Adaptor, and Visual Depictions on the Hard Drive and maintain custody of same pursuant to Title 19 United States Code, Section 1605 until further Order of the Court.

Claimants of the above-described defendant computer which is the subject of this action shall file their claims with the Clerk of the Court, Northern District of California, 450 Golden

| | |
|---|---|
| 1 | Gate Ave., 16th floor, San Francisco, California 94102 and serve a copy thereof upon the United |
| 2 | States Attorney, Attention: Natalie K. Wight, Assistant United States Attorney, U.S. Attorney's |
| 3 | Office, 450 Golden Gate Ave., 11th floor, San Francisco, California 94102, within 35 days after |
| 4 | the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for |
| 5 | Admiralty or Maritime and Asset Forfeiture Claims or within sixty (60) days after the first date |
| 6 | of publication of notice of forfeiture action of said property whichever is earlier and answers to |
| 7 | the Complaint shall be filed and served within twenty (20) days thereafter or within such |
| 8 | additional time as may be allowed by the Court. |

Dated:  RICHARD W. WEIKING
United States District Clerk

By: HELEN L. ALMACEN
_____