(SPACE BELOW FOR FILING STAMP ONLY)

EDGAR EUGENE PAGE (231147)
KATHLEEN C. PAGE (233040)
PAGE & PAGE ATTORNEYS AT LAW
Post Office Box 2837
San Francisco, California 94126-2837
Phone (415) 986-4558
Fax (415) 986-4566

Attorneys for Defendant and Real Party in Interest

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

* * * * * * * *

UNITED STATES OF AMERICA,

Plaintiffs,

v.

ONE HEWLETT PACKARD PAVILION LAPTOP (SERIAL NO. CNF75237NC), ADAPTOR, AND VISUAL DEPICTIONS ON THE HARD DRIVE,

Defendants

ANDREW S. HANSON,
.
Real Party in Interest

Case No.: 3:09-cv-2664-WHA

STIPULATED REQUEST TO EXTEND TIME TO FILE ANSWER TO THE COMPLAINT FOR FORFEITURE

TO: THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, AND THE PLAINTIFFS, BY AND THROUGH THEIR COUNSEL, NATIALIE K. WIGHT, SPECIAL ASSISTANT UNITED STATE ATTORNEY.

Andrew Samuel Hanson, real party in interest, by and through his attorney, Edgar Eugene Page, of Page & Page Attorneys at Law, requests to extend time for Mr. Hanson to file his Answer to the Complaint for Forfeiture in the above-listed case.

The attached Declaration of Edgar Eugene Page supports this request. U.S.D.C., N.D. Cal., L.R. 6-2(a).

**DECLARATION OF EDGAR EUGENE PAGE**

I, EDGAR EUGENE PAGE, do hereby declare that:

1. I am duly licensed to practice law in the State of California.

2. I am a member in good standing in the State Bar of California, designated as member number 231147.

3. I am permitted to practice law before the United States District Court, Northern District of California.

4. I am permitted to practice law before the United States Circuit Court of Appeals for the Ninth Circuit.

5. I am permitted to practice law before the Supreme Court of the United States.

6. I represent Andrew Samuel Hanson, real party in interest, in the matter pending before this court, captioned as United States of America v. One Hewlett Packard Pavilion Laptop (Serial No. CNF75237NC), Adaptor, and Visual Depictions on the Hard Drive, designated as case number 3:09-cv-2664-WHA.

7. Counsel miscalculated the day to file Mr. Hanson's Answer to the Complaint for Forfeiture; counsel believed that the due date was August 5, 2009, instead the due date was August 4, 2009. U.S.D.C., N.D. Cal., L.R. 6-2(a)(1).

8. Counsel needs additional time to review the issued related to Mr. Hanson's exercising of his Fifth Amendment rights in any potentially related criminal proceedings. U.S.D.C., N.D. Cal., L.R. 6-2(a)(1).

9. There have been no other time modifications in this case. U.S.D.C., N.D. Cal., L.R. 6-2(a)(2).

10. The requested extension of time would have no effect on the schedule of this case. U.S.D.C., N.D. Cal., L.R. 6-2(a)(3).

11. Counsel for Mr. Hanson contacted plaintiff's counsel, Natalie K. Wight, Special Assistant United States Attorney, on August 5, 2009, regarding Mr. Hanson's Answer to the Complaint for Forfeiture.

12. Ms. Wight informed Mr. Page that the government consents to a two-week

extension, up to and including, August 18, 2009, to file the Answer to the Complaint for Forfeiture in the above-listed case.

13. The foregoing are true and correct to the best of my knowledge and belief at the time of executing this declaration.

EXECUTED under penalty of perjury under the laws of the United States of America, in San Francisco, California.

Dated: August 5, 2009  Respectfully submitted,

Page & Page Attorneys at Law

/s/   Edgar Eugene Page

Attorney for Andrew Hanson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ONE HEWLETT PACKARD PAVILION LAPTOP (SERIAL NO. CNF75237NC), ADAPTOR, AND VISUAL DEPICTIONS ON THE HARD DRIVE,<br><br>Defendants<br><br>ANDREW S. HANSON,<br>.<br>Real Party in Interest | Case No.: 3:09-cv-2664-WHA<br><br>~~**PROPOSED**~~ **ORDER** |

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the time for filing the Answer to the Complaint for Forfeiture in the above-listed case is extended August 18, 2009.

Dated: August 6, 2009.

William ~~H.~~ Alsup, U.S. District Court Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge William Alsup