EDGAR EUGENE PAGE (231147)
KATHLEEN C. PAGE (233040)
PAGE & PAGE ATTORNEYS AT LAW
Post Office Box 2837
San Francisco, California 94126-2837
Phone (415) 986-4558
Fax (415) 986-4566

Attorneys for ANDREW S. HANSON, Real Party in Interest

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ONE HEWLETT PACKARD PAVILION LAPTOP (SERIAL NO. CNF75237NC), ADAPTOR, AND VISUAL DEPICTIONS ON THE HARD DRIVE,<br><br>Defendants<br><br>ANDREW S. HANSON,<br><br>Real Party in Interest | Case No.:   3:09-cv-2664-WHA<br><br>STIPULATED REQUEST TO EXTEND TIME TO FILE ANSWER TO THE COMPLAINT FOR FORFEITURE |

TO:   THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT, AND THE PLAINTIFFS, BY AND THROUGH THEIR COUNSEL, NATIALIE K. WIGHT, SPECIAL ASSISTANT UNITED STATE ATTORNEY.

Andrew Samuel Hanson, real party in interest, by and through his attorney, Edgar Eugene Page, of Page & Page Attorneys at Law, requests to extend time for Mr. Hanson to file his Answer to the Complaint for Forfeiture in the above-listed case.

The parties have stipulated to a seven day extension of time to August 25, 2009.

The attached Declaration of Edgar Eugene Page supports this request. U.S.D.C., N.D. Cal., L.R. 6-2(a).

# DECLARATION OF EDGAR EUGENE PAGE

I, EDGAR EUGENE PAGE, do hereby declare that:

1. I am duly licensed to practice law in the State of California.

2. I am a member in good standing in the State Bar of California, designated as member number 231147.

3. I am permitted to practice law before the United States District Court, Northern District of California.

4. I am permitted to practice law before the United States Circuit Court of Appeals for the Ninth Circuit.

5. I am permitted to practice law before the Supreme Court of the United States.

6. I represent Andrew Samuel Hanson, real party in interest, in the matter pending before this court, captioned as United States of America v. One Hewlett Packard Pavilion Laptop (Serial No. CNF75237NC), Adaptor, and Visual Depictions on the Hard Drive, designated as case number 3:09-cv-2664-WHA.

7. I have reviewed the issues related to Mr. Hanson's exercising of his Fifth Amendment rights in this matter as I requested in the previous extension of time. U.S.D.C., N.D. Cal., L.R. 6-2(a)(1).

8. I have reviewed Title 18, United States Code, Section 981(g)(2) and found that this statute provides for a stay of the civil proceedings to allow a claimant to assert his Fifth Amendment rights.

   The statute is as follows:

   > "Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that--
   >
   > (A) the claimant is the subject of a related criminal investigation or case;
   > (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and
   > (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case."

   18 U.S.C § 981(g)(2).

9. I have finalized my research into elements (A) and (C). However, the issue of standing as articulated in element (B) still needs additional legal research.

10. I need an additional seven days to finalize the legal research into element (B) of the statute and determine whether or not an answer must be filed prior to seeking a stay of the proceedings pursuant to 18 U.S.C. section 981(g)(2) or whether Mr. Hanson has currently established his standing sufficiently to be classified as a claimant as required by element (B) such that he may request a stay without filing an answer.

11. There has been one stipulated extension of time to file the answer in this case. U.S.D.C., N.D. Cal., L.R. 6-2(a)(2).

12. The requested extension of time would have no effect on the schedule of this case. U.S.D.C., N.D. Cal., L.R. 6-2(a)(3).

13. Counsel for Mr. Hanson contacted plaintiff's counsel, Natalie K. Wight, Special Assistant United States Attorney, on August 18, 2009, regarding Mr. Hanson's Answer to the Complaint for Forfeiture.

14. Ms. Wight informed Mr. Page that the government stipulates to a seven (7) day extension, up to and including, August 25, 2009, to file the Answer to the Complaint for Forfeiture in the above-listed case.

15. The foregoing are true and correct to the best of my knowledge and belief at the time of executing this declaration.

EXECUTED under penalty of perjury under the laws of the United States of America, in San Francisco, California.

Dated: August 18, 2009            Respectfully submitted,

Page & Page Attorneys at Law

/s/   Edgar Eugene Page

Attorney for Andrew Hanson

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 3 | **SAN FRANCISCO** |
| 4 | * * * * * * * * |

| | | | |
|---|---|---|---|
| 5 | UNITED STATES OF AMERICA, | Case No.: | 3:09-cv-2664-WHA |
| 6 | Plaintiffs, | | ~~PROPOSED~~ **ORDER** |
| 7 | v. | | |
| 8 | ONE HEWLETT PACKARD PAVILION LAPTOP (SERIAL NO. CNF75237NC), | | |
| 9 | ADAPTOR, AND VISUAL DEPICTIONS ON THE HARD DRIVE, | | |
| 10 | | | |
| 11 | Defendants | | |
| | ANDREW S. HANSON, | | |
| 12 | . | | |
| | Real Party in Interest | | |
| 13 | | | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, that the time for filing the Answer to the Complaint for Forfeiture in the above-listed case is extended to August 25, 2009

Dated: August 20, 2009.

William H. Alsup, U.S. District Court Judge

APPROVED
Judge William Alsup