| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 3 | NATALIE K. WIGHT (ORBN 35576)<br>Special Assistant United States Attorney |
| 4 |    450 Golden Gate Avenue, 11th Floor<br>   San Francisco, CA 94102 |
| 5 |    Telephone: 415.436.6937<br>   Facsimile: 415.436.7234 |
| 6 |    Email: natalie.wight@usdoj.gov |
| 7 | Attorneys for United States of America |
| 8 | EDGAR EUGENE PAGE (CSBN 231147)<br>KATHLEEN C. PAGE (CSBN 233040) |
| 9 | Page & Page Attorneys at Law<br>   Post Office Box 2837 |
| 10 |    San Francisco, CA 94126<br>   Telephone: 415.986.4558 |
| 11 |    Facsimile: 415.986.4566<br>   Email: pagepagelaw@comcast.net |
| 12 | |
| 13 | Attorneys for the Claimant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|               Plaintiff, | ) | No. 09-CV-02664-WHA |
| v. | ) | |
| ONE HEWLETT PACKARD PAVILION LAPTOP (SERIAL NO. CNF75237NC), ADAPTOR, AND VISUAL DEPICTIONS ON THE HARD DRIVE, | ) ) ) ) | JOINT STATUS REPORT AND [PROPOSED] ORDER TO CONTINUE STAY AND RESCHEDULE CMC |
|               Defendants. | ) | |

The United States and counsel for the Claimant hereby request to continue the Stay of the civil forfeiture proceedings, as ordered by the Court on September 21, 2009, while the related criminal action, Case No. 09-CR-00946-JSW, is still pending. Accordingly, the parties request that the Court vacate the Case Management Conference scheduled for March 18, 2010, at

JOINT STATUS REPORT AND [PROPOSED] ORDER TO RESCHEDULE CMC
(09-CV-02664-WHA)

11:00 a.m., and reschedule the Case Management Conference for July 15, 2010, at 11:00 a.m. or as soon thereafter as the matter may be heard by the Court.

STIPULATED AND RESPECTFULLY SUBMITTED BY:

DATED: March 10, 2010            /S/
NATALIE K. WIGHT
Special Assistant United States Attorney

DATED: March 10, 2010            /S/
EDGAR EUGENE PAGE
Attorney for Claimant Andrew Hanson

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation between the parties and for good cause shown, the Case Management Conference scheduled for Thursday March 18, 2010, is hereby vacated. The Case Management Conference is rescheduled for July 15, 2010, at 11:00 a.m.; with a Joint Status Report due to the Court by noon on July 8, 2010.

IT IS SO ORDERED.

March 15, 2010.
DATED

WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER TO RESCHEDULE CMC
(09-CV-02664-WHA)      2