1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division
3   NATALIE K. WIGHT (ORBN 35576)
    Special Assistant United States Attorney
4       450 Golden Gate Avenue, 11th Floor
        San Francisco, CA 94102
5       Telephone: 415.436.6937
        Facsimile: 415.436.7234
6       Email: natalie.wight@usdoj.gov

7   Attorneys for United States of America

8   EDGAR EUGENE PAGE (CSBN 231147)
    KATHLEEN C. PAGE (CSBN 233040)
9   Page & Page Attorneys at Law
        Post Office Box 2837
10      San Francisco, CA 94126
        Telephone: 415.986.4558
11      Facsimile: 415.986.4566
        Email: pagepagelaw@comcast.net
12
    Attorneys for the Claimant
13

14                      UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17  UNITED STATES OF AMERICA,           )
                                        )
18                    Plaintiff,        )        No. 09-CV-02664-WHA
                                        )
19          v.                          )
                                        )
20  ONE HEWLETT PACKARD PAVILION        )        JOINT STATUS REPORT
    LAPTOP (SERIAL NO. CNF75237NC),     )        AND [PROPOSED] ORDER TO
21  ADAPTOR, AND VISUAL DEPICTIONS      )        CONTINUE STAY AND
    ON THE HARD DRIVE,                  )        RESCHEDULE CMC
22                                      )
                      Defendants.       )
23  _____)

24
    The United States and counsel for the Claimant hereby request to continue the Stay of the civil
25
    forfeiture proceedings, as ordered by the Court on September 21, 2009, while the related criminal
26
    action, Case No. 09-CR-00946-JSW, is still pending.  Accordingly, the parties request that the
27
    Court vacate the Case Management Conference scheduled for March 18, 2010, at
28

    JOINT STATUS REPORT AND [PROPOSED] ORDER TO RESCHEDULE CMC
    (09-CV-02664-WHA)

1   11:00 a.m., and reschedule the Case Management Conference for July 15, 2010, at 11:00 a.m. or

2   as soon thereafter as the matter may be heard by the Court.

3

4   STIPULATED AND RESPECTFULLY SUBMITTED BY:

5

6   DATED: March 10, 2010                     _____/S_____

7                                             NATALIE K. WIGHT
                                              Special Assistant United States Attorney

8

9   DATED: March 10, 2010                     _____/S_____

10                                            EDGAR EUGENE PAGE
                                              Attorney for Claimant Andrew Hanson

11

12

13                          [PROPOSED] ORDER

14          Pursuant to the Stipulation between the parties and for good cause shown, the Case

15   Management Conference scheduled for Thursday March 18, 2010, is hereby vacated.  The Case

16   Management Conference is rescheduled for _____July 15, 2010, at 11:00 a.m._____;

17   with a Joint Status Report due to the Court by _____noon on July 8, 2010_____.

18   IT IS SO ORDERED.

19

20   March 15, 2010.
     DATED                                    _____

21                                            WILLIAM ALSUP
                                              United States District Judge

22                                            IT IS SO ORDERED

23

24                                            Judge William Alsup

25

26

27

28

JOINT STATUS REPORT AND [PROPOSED] ORDER TO RESCHEDULE CMC
(09-CV-02664-WHA)                              2