JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
NATALIE K. WIGHT (ORBN 35576)
Special Assistant United States Attorney
   450 Golden Gate Avenue, 11th Floor
   San Francisco, CA 94102
   Telephone: 415.436.6937
   Facsimile: 415.436.7234
   Email: natalie.wight@usdoj.gov

Attorneys for United States of America

EDGAR EUGENE PAGE (CSBN 231147)
KATHLEEN C. PAGE (CSBN 233040)
Page & Page Attorneys at Law
   Post Office Box 2837
   San Francisco, CA 94126
   Telephone: 415.986.4558
   Facsimile: 415.986.4566
   Email: pagepagelaw@comcast.net

Attorneys for the Claimant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                 Plaintiff, ) | No. 09-CV-02664-WHA |
| v. ) | |
| ONE HEWLETT PACKARD PAVILION ) LAPTOP (SERIAL NO. CNF75237NC), ) ADAPTOR, AND VISUAL DEPICTIONS ) ON THE HARD DRIVE, )                 Defendants. ) | JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER TO CONTINUE STAY AND RESCHEDULE CMC |

The United States and counsel for the Claimant hereby request to continue the Stay of the civil forfeiture proceedings, as ordered by the Court on September 21, 2009. The related criminal action, Case No. 09-CR-00946-JSW, is still pending with a trial date of September 20, 2010. Accordingly, the parties request that the Court vacate the Case Management Conference

JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER TO RESCHEDULE CMC
(09-CV-02664-WHA)

scheduled for July 15, 2010, at 11:00 a.m., and reschedule the Case Management Conference for October 7, 2010, at 11:00 a.m. or as soon thereafter as the matter may be heard by the Court.

STIPULATED AND RESPECTFULLY SUBMITTED BY:

DATED: July 7, 2010  _____/S_____
NATALIE K. WIGHT
Special Assistant United States Attorney

DATED: July 7, 2010  _____/S_____
EDGAR EUGENE PAGE
Attorney for Claimant Andrew Hanson

### [PROPOSED] ORDER

Pursuant to the Stipulation between the parties and for good cause shown, the Case Management Conference scheduled for Thursday July 15, 2010, is hereby vacated. The Case Management Conference is rescheduled for October 7, 2010, at 11:00 a.m._____; with a Joint Status Report due to the Court by September 30, 2010, at noon_____.

IT IS SO ORDERED.

July 9, 2010.
DATED

WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

JOINT STATUS REPORT AND [PROPOSED] ORDER TO RESCHEDULE CMC
(09-CV-02664-WHA)   2