United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ONE HEWLETT PACKARD PAVILION LAPTOP (SERIAL NO. CNF75237NC), ADAPTOR, AND VISUAL DEPICTIONS ON THE HARD DRIVE,

    Defendant.
                                    /

No. C 09-02664 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

     A case management conference is scheduled in this matter on January 20. The government and counsel for claimant Andrew Hanson request that it be vacated. This order **CONTINUES** the case management conference to **FEBRUARY 3, 2011, AT 11:00 A.M.** In the meantime the government is expected to follow through and file the motion to dismiss promptly, in which event the new case management conference will be vacated.

    **IT IS SO ORDERED.**

Dated: January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE